IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY DAVID HALLADAY,

                Petitioner,

     v.

SUSAN WASHBURN,

                Respondent.

                                     Case No. 2:21-cv-00770-YY

                                     ORDER

YOU, Magistrate Judge.

      Petitioner, an adult formerly in custody of the Oregon Department of Corrections, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 challenging a 2019 decision of the Oregon Board of Parole and Post-Prison Supervision (the "Board") to deny parole. Since the time he filed his Petition for Writ of Habeas Corpus, however, the Board granted Petitioner parole and he has been released from custody. Respondent now moves to dismiss the Petition as moot. (ECF No. 15). In

1 - ORDER

his Notice of Change of Address (ECF No. 14) filed with the Court on October 18, 2021, Petitioner

agrees the case is now moot as a result of his release.

Accordingly, IT IS ORDERED that Respondent's Motion to Dismiss (ECF No. 15) is

GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

DATED this __22nd__ day of November, 2021.

/s/ Youlee Yim You

Youlee Yim You
United States Magistrate Judge

2 - ORDER